O-send

FILED
CLERK, U.S. DISTRICT COURT

APR 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Chauncey Bouyer<br>　　　　　Defendant. | Case No.: CR 09-21-GAF<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of Cal. for alleged violation(s) of the terms and conditions of his/her [probation] [~~supervised release~~]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _See probation report and PSA report._

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _See probation report and PSA report_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/14/10

UNITES STATES MAGISTRATE JUDGE